1
2
3          UNITED STATES DISTRICT COURT
4          NORTHERN DISTRICT OF CALIFORNIA
5
6
7  )                                          C07-1888
   IN RE: BEXTRA AND CELEBREX              )
8  MARKETING SALES PRACTICES AND           )  MDL NO. 1699
   PRODUCT LIABILITY LITIGATION            )  District Judge: Charles R. Breyer
9                                          )
                                           )
10 Lucy Peters, et al,                     )
                                           )
11                          Plaintiff(s),  )  STIPULATION AND ORDER OF
                                           )  DISMISSAL WITH PREJUDICE
12                 vs.                      )
                                           )
13 Pfizer Inc, et al.                      )
                            Defendants.    )
14                                         )
                                           )
15                                         )
                                           )
16

17
          Come now the Plaintiff(s), **Lucy Peters and William Peters** and Defendants, by and
18
   through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
19
   hereby stipulate to the dismissal of this action with prejudice with each side bearing its own
20
   attorneys' fees and costs.
21
22
23
24
25
26
27

1

2   DATED:  **Jan. 6, 2010**    By: _____

3
                                    Hissey Kientz, L.L.P.
4                                   Eric Walker, Esq.
                                    David L. Friend, Esq.
5                                   9442 Capital of Texas Hwy N., Suite 400
                                    Austin, TX 78759
6                                   Telephone: (512) 320-9100
                                    Facsimile: (512) 320-9101
7                                   Attorneys for Plaintiff(s)

8   DATED:  **Jan. 6, 2010**    By: _____

9
                                    DLA PIPER LLP (US)
10                                  1251 Avenue of the Americas
                                    New York, NY 10020
11                                  Telephone: (212) 335-4500
                                    Facsimile: (212) 335-4501
12                                  *Defendants' Liaison Counsel*

13

14

15

16  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**

17

18  Dated: JAN 1 9 2010

19                                  Hon. Charles R. Breyer
                                    United States District Court
20

21

22

23

24

25

26

27