1

2

3 UNITED STATES DISTRICT COURT

4 NORTHERN DISTRICT OF CALIFORNIA

5

6

| | |
|---|---|
| 7 | C07-1888 |
| IN RE: BEXTRA AND CELEBREX | |
| 8 MARKETING SALES PRACTICES AND | **MDL NO. 1699** |
| PRODUCT LIABILITY LITIGATION | **District Judge: Charles R. Breyer** |
| 9 | |
| 10 Lucy Peters, et al, | |
| 11 Plaintiff(s), | **STIPULATION AND ORDER OF** |
| | **DISMISSAL WITH PREJUDICE** |
| 12 vs. | |
| 13 Pfizer Inc, et al. | |
| Defendants. | |
| 14 | |
| 15 | |
| 16 | |

17         Come now the Plaintiff(s), **Grace Underwood and Donald Underwood** and Defendants,

18 by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

19 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing

20 its own attorneys' fees and costs.

21

22

23

24

25

26

27

DATED: Jan. 6, 2010    By: _____

Hissey Kientz, L.L.P.
Eric Walker, Esq.
David L. Friend, Esq.
9442 Capital of Texas Hwy N., Suite 400
Austin, TX 78759
Telephone: (512) 320-9100
Facsimile: (512) 320-9101
Attorneys for Plaintiff(s)

DATED: Jan. 6, 2010    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN 1 9 2010

Hon. Charles R. Breyer
United States District Court